JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD LOUIE OCHOA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. CARDENAS, Warden,<br><br>　　　　　Respondent. | Case No.  2:19-cv-08437-MWF (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order dismissing the Petition as successive,

　　IT IS ADJUDGED that the Petition is dismissed as an unauthorized second or successive petition under 28 U.S.C. § 2254 and 2244.

DATED:  March 16, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE